# United States Bankruptcy Court
## District of Arizona

In re: **Dennis Max Barreras / Eileen Barreras**, Debtor(s)

Case No. **4:18-bk-01907-BMW**
Chapter **13**

## Notice of Change of Address

Debtor's Social Security Number: **xxx-xx-5115**

Joint Debtor's Social Security Number: **xxx-xx-9382**

**My (Our) Former Mailing Address and Telephone Number was:**

Name: **Dennis Max Barreras and Eileen Barreras**

Street: **18 W. Pasture Canyon Rd.**

City, State and Zip: **San Tan Valley, AZ 85143**

Telephone #:

**Please be advised that effective   IMMEDIATELY  ,**
my (our) new mailing address and telephone number is:

Name: **Dennis Max Barreras and Eileen Barreras**

Street: **29136 Red Finch Drive**

City, State and Zip: **San Tan Valley, AZ  85143**

/s/ Dennis Max Barreras
**Dennis Max Barreras**
Debtor

/s/ Eileen Barreras
**Eileen Barreras**
Joint Debtor